**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
AUG 1 6 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY         DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PAULINO COTA-VALDEZ (1),<br><br>　　　　　　　Defendant. | CASE NO. 92CR1144<br><br>**JUDGMENT OF DISMISSAL** |

　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

_X_　the Court has granted the motion of the Government for dismissal without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense as charged in the one count Indictment:  18 USC 3146

　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/15/11

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARILYN L. HUFF
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.92cr1144-H |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT AND WITHDRAWAL OF WARRANT |
| PAULINO COTA-VALDEZ, | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant PAULINO COTA-VALDEZ, be dismissed without prejudice; and,

IT IS FURTHER ORDERED that the warrant for PAULINO COTA-VALDEZ be dismissed without prejudice.

IT IS SO ORDERED.

Dated: August 11, 2011

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT